UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY BERNARD BARNO, CDCR #V-69078 | ) ) ) | Civil No.07-cv-1373 JM (WMc) |
| Plaintiff, | ) ) | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AS MOOT [DOC. NO. 31.]** |
| v. | ) ) | |
| STUART RYAN, et al., | ) ) | |
| Defendants. | ) | |

    Plaintiff, proceeding pro se and <u>in forma pauperis</u> ("IFP") with a civil rights Complaint [Doc. No. 1] filed pursuant to 42 U.S.C. § 1983, and currently incarcerated at RJ Donovan Correctional Facility, has filed a motion for leave to file a second amended complaint solely to substitute the name of the current director of the California Department of Corrections, John Dovey, for former director, Defendant J. Woodford. (*See* Doc. No. 31, Plaintiff's motion at 2:4-5.)

    Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, which governs the substitution of public officers sued in their official capacities, the proper defendant is automatically substituted in as a defendant. Specifically Rule 25(d)(1) states: "An action does not abate when a public officer who is a party in an official capacity dies, resigns or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at

any time, but the absence of such an order does not affect the substitution." The presence or absence of a specific substitution order does not alter the fact that an automatic substitution has already occurred. *See e.g. Morales v. Tilton*, 465 F. Supp.2d 972, 975 fn.2 (explaining that while several positions within the California Department of Corrections had changed personnel during the pendency of the litigation, "each time [a change occurred], the proper Defendants automatically were substituted pursuant to Federal Rule of Civil Procedure 25(d)(1)."). Accordingly, Plaintiff's motion is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: July 9, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court