# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERNARD BARNO, CDCR #V-69078,<br><br>  Plaintiff,<br>  vs.<br><br>STUART RYAN; JEAN WOODFORD; CORTEZ, Correctional Counselor; HOMER, Correctional Counselor,<br><br>  Defendants. | CASE NO. 07 CV 1373 JM (WMc)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Doc. No. 20** |

Plaintiff, a state prisoner proceeding pro se, filed a § 1983 lawsuit on July 26, 2007. In his First Amended Complaint ("FAC"), Plaintiff claims Defendants violated his Eighth, Fourteenth, and First Amendment rights. Plaintiff also filed a motion for preliminary injunction on March 27, 2008. (Doc. No. 20.) Defendants filed an opposition to Plaintiff's motion on May 13, 2008. (Doc. No. 38.) Plaintiff filed a reply on May 29, 2008. (Doc. No. 44.)

On August 26, 2008, Magistrate Judge William McCurine, Jr. issued a Report and Recommendation ("R&R") recommending this court deny Plaintiff's motion. Plaintiff filed no objections to the R&R.

Having carefully considered the thorough and thoughtful R&R, the record before the court (including Plaintiff's Reply), the absence of any objections to the R&R, and the applicable authorities,

///

- 1 -

1 | the court hereby **ADOPTS** the R&R in its entirety.  Accordingly, the court **DENIES** Plaintiff's
2 | motion for a preliminary injunction. (Doc. No. 20.)
3 |       **IT IS SO ORDERED.**
4 |
5 | DATED: November 4, 2008
6 |
7 |                                             Hon. Jeffrey T. Miller
                                            United States District Judge
8 |
9 | cc:      All parties