# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERNARD BARNO, CDCR #V-69078,<br><br>                                    Plaintiff,<br><br>  vs.<br><br>STUART RYAN; JEAN WOODFORD; CORTEZ, Correctional Counselor; HOMER, Correctional Counselor,<br><br>                                    Defendants. | CASE NO. 07-CV-1373 JM (WMC)<br><br>**ORDER DENYING MOTION FOR LEAVE TO AMEND AS MOOT AND DIRECTING FILING OF SECOND AMENDED COMPLAINT**<br><br>**Doc. No. 57** |

Rodney Bernard Barno ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed a First Amended Complaint ("Complaint") pursuant to 42 U.S.C. § 1983 alleging violations of the First, Eighth, and Fourteenth Amendments of the U.S. Constitution. (Doc. No. 11.) Following Defendants motion to dismiss filed April 28, 2008, the court dismissed Plaintiff's claims but gave Plaintiff leave to amend to file a Second Amended Complaint directed only to his Fourteenth Amendment due process claim. (Doc. No. 55.) Plaintiff now moves for leave to amend to file a Second Amended Complaint. (Doc. No. 57.)

Because the court granted Plaintiff leave to amend in its previous order, Plaintiff's motion for leave to amend (Doc. No. 57) is **DENIED** as moot. The Clerk of Court is directed to file Plaintiff's

1  Second Amended Complaint, which was attached to his moving papers.

2  **IT IS SO ORDERED.**

3  **DATED:  November 24, 2008**

_____
**Hon. Jeffrey T. Miller
United States District Judge**